CORI MILLS
ACTING ATTORNEY GENERAL

Chelsea Raine Phelps
Alaska Bar No. 2511139
F. Colleen Bailey
Alaska Bar No. 2605043
Assistant Attorneys General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5100
Facsimile: (907) 276-3697
Emails: chelsea.phelps@alaska.gov
        colleen.bailey@alaska.gov

*Attorneys for Defendants State of Alaska, Department of Public Safety, Scott McAfee, and Lucas Altepeter*

Seth Brickey
Alaska State Bar No. 2106074
DAVIS WRIGHT TREMAINE LLP
188 West N. Lights Blvd. Ste. 1100
Anchorage, AK 99503-3985
Phone: (907) 257-5300
Email: sethbrickey@dwt.com

*Attorneys for Defendants Anna Rodzinski, Anusia Films, LLC, and A&E Television Networks, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT MCAFEE, LUCAS ALTEPETER, STATE OF ALASKA, DEPARTMENT OF PUBLIC SAFETY, ANNA RODZINSKI, ANUSIA FILMS, LLC and A&E TELEVISION NETWORKS, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT AND EXTEND RESPONSE DEADLINES**<br><br>Case No. 4:26-cv-00030 |

Pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 7.3(b), applicable

court rules, and for good cause shown, Plaintiff, Jane Doe, and Defendants, Scott

McAfee, Lucas Altepeter, State of Alaska, Department of Public Safety (collectively, the

"Alaska Defendants"), as well as Anna Rodzinski, Anusia Films, LLC, and

A&E Television Networks, LLC (collectively, the "Television Defendants, and with the

Alaska Defendants, the "Defendants," and together with Plaintiff, the "Parties") by and

through their undersigned counsel, stipulate as follows:

1.      Plaintiff filed the Complaint in this action on April 24, 2026, in the

Superior Court of Alaska, Fourth Judicial District at Fairbanks, Case number

4FA-26-01695CI.

2.      On June 17, 2026, the Alaska Defendants removed this action to the

United States District Court for the District of Alaska pursuant to 28 U.S.C. §§ 1441

and 1446.

3.      Prior to removal, the Parties agreed to establish a single responsive

pleading deadline to allow Plaintiff to file a First Amended Complaint, and to avoid

duplicative responsive pleadings in state and federal court and to promote judicial

efficiency. On June 12, 2026, the Parties stipulated to suspend all responsive pleading

deadlines pending removal to federal court. On June 15, 2026, the Order Granting the

Stipulation was issued. A copy of this stipulation and order are attached as Exhibit A.

4.      Therefore, and now that the matter has been removed to this Court,

and consistent with the parties' prior Agreement to set a briefing schedule upon

removal, the parties further stipulate that (1) Plaintiff shall have twenty-one (21) days to

file a First Amended Complaint, or until July 13, 2026, and (2) all Defendants shall

*Doe v. McAfee, et al.*                                                      Case No. 4:26-cv-00030
Stipulation to File First Amended Complaint and                              Page 2 of 4
Extend Response Deadlines

Case 4:26-cv-00030-ACP    Document 6    Filed 06/22/26    Page 2 of 4

have twenty-one (21) days, or until August 3, 2026, to file their responsive pleadings, unless otherwise ordered by this Court.

5. This stipulation to extend does not constitute a waiver of any claim, right, or defense.

6. The parties respectfully request entry of the attached proposed order.

DATED: June 22, 2026.

CORI MILLS
ACTING ATTORNEY GENERAL
Attorneys for Defendants State of Alaska,
Department of Public Safety, Scott McAfee,
and Lucas Altepeter

By: */s/ Chelsea Raine Phelps*
Chelsea Raine Phelps
Assistant Attorney General
Alaska Bar No. 2511139

*/s/ F. Colleen Bailey*
F. Colleen Bailey
Assistant Attorney General
Alaska Bar No. 2605043

DATED: June 22, 2026.

DAVIS WRIGHT TREMAINE, LLP
Attorneys for Defendants Anna Rodzinski,
Anusia Films, LLC, and A&E Television
Networks, LLC

By: */s/ Seth Brickey*
Seth Brickey
Alaska Bar No. 2106074

*Doe v. McAfee, et al.*                                      Case No. 4:26-cv-00030
Stipulation to File First Amended Complaint and                      Page 3 of 4
Extend Response Deadlines

Case 4:26-cv-00030-ACP    Document 6    Filed 06/22/26    Page 3 of 4

Certificate of Service

I certify that on June 22, 2026, the foregoing **Stipulation to File First Amended Complaint and Extend Response Deadlines** was served electronically on:

Jeffrey J. Barber
Barber and Associates, LLC
jeffb@alaskainjury.com
angiem@alaskainjury.com

Jason Skala
Law Offices of Jason Skala, LLC
jason@907attorney.com

Seth Brickey
Davis Wright Tremaine LLP (Anchorage)
sethbrickey@dwt.com

*/s/Chelsea R. Phelps*
Chelsea R. Phelps, Assistant Attorney General

*Doe v. McAfee, et al.*                                                    Case No. 4:26-cv-00030
Stipulation to File First Amended Complaint and                      Page 4 of 4
Extend Response Deadlines

Case 4:26-cv-00030-ACP    Document 6    Filed 06/22/26    Page 4 of 4